UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TRAILER CRAFT INC.,
                       Plaintiff,

            - against -

ESPAR INC., et al.,
                       Defendants.
----------------------------------------------------------X

ORDER

15-CV-2411 (JG) (JO)

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Solomon B. Cera, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By May 27, 2015, Mr. Cera shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Cera shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Cera shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated:  Brooklyn, New York
         May 20, 2015

                                                           /s/
                                       JAMES ORENSTEIN
                                       U.S. Magistrate Judge