UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE ESPAR ANTITRUST LITIGATION            ORDER

                                                              15-MC-0940 (JG) (JO)

-----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

       Attorney Charles Andrew Dirksen, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By June 9, 2015, Mr. Dirksen shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Dirksen shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Dirksen shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

       SO ORDERED.

Dated:  Brooklyn, New York
          June 2, 2015

                                                                              /s/
                                                        JAMES ORENSTEIN
                                                        U.S. Magistrate Judge